02-12-466-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00466-CV 

 

 


 
 
 In the interest of J.W.G. and M.A.G., children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 325th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Notice Of Withdrawal Of
Direct Appeal.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED:
 January 10, 2013









[1]See Tex. R. App. P. 47.4.